IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEVERLY IRVING, | |
| Plaintiff, | Case No. 24-cv-2367 JPG |
| v. | |
| R.F.R. INC., *d/b/a* Golden Corral, | |
| Defendant. | |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 8/1/2025**     MONICA A. STUMP, Clerk of Court

     *s/ Tina Gray, Deputy Clerk*

**Approved:**     *s/J. Phil Gilbert*
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**